## CONSENT TO BECOME PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201 *et seq.*

I hereby consent to be a party plaintiff seeking unpaid minimum wages and overtime against Rocky Mountain Inventory, Inc. and its related companies. For purposes of pursuing my unpaid wage claims against Rocky Mountain Inventory, Inc., I choose to be represented by Lewis Kuhn Swan PC and any other attorneys with whom they may associate.

Date: 6/5/2018

Signature: *Paulette Bieber*

Printed Name: Paulette Bieber

EXHIBIT 1

## CONSENT TO BECOME PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201 *et seq.*

I hereby consent to be a party plaintiff seeking unpaid minimum wages and overtime against Rocky Mountain Inventory, Inc. and its related companies. For purposes of pursuing my unpaid wage claims against Rocky Mountain Inventory, Inc., I choose to be represented by Lewis Kuhn Swan PC and any other attorneys with whom they may associate.

Date: 06-05-18

x J Dilley
Printed Name: Robin Dilley

## CONSENT TO BECOME PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201 *et seq.*

I hereby consent to be a party plaintiff seeking unpaid minimum wages and overtime against Rocky Mountain Inventory, Inc. and its related companies. For purposes of pursuing my unpaid wage claims against Rocky Mountain Inventory, Inc., I choose to be represented by Lewis Kuhn Swan PC and any other attorneys with whom they may associate.

Date: 5, June 2018

Debbie M. Wiederhold

Printed Name: Debbie M. Wiederhold

## CONSENT TO BECOME PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b) *et seq.*

I hereby consent to be a party plaintiff seeking unpaid wages and overtime against Rocky Mountain Inventory, Inc. and its related companies. For purpose of pursuing my unpaid wage and overtime claims against Rocky Mountain Inventory, Inc., I choose to be represented by Lewis Kuhn Swan PC, and any other attorneys with whom they may associate.

Date: 6-6-18

Printed Name: Melody Solano