## CONSENT TO BECOME PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201 *et seq*.

I hereby consent to be a party plaintiff seeking unpaid minimum wages and overtime against Rocky Mountain Inventory, Inc. and its related companies. For purposes of pursuing my unpaid wage claims against Rocky Mountain Inventory, Inc., I choose to be represented by Lewis Kuhn Swan PC and any other attorneys with whom they may associate.

Date: 6/6/2018

Printed Name: Edna C. Ouwerkerk
Phone:
Email:

**EXHIBIT 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01475-KMT

CARLOS INNISS, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

ROCKY MOUNTAIN INVENTORY, INC., a Colorado corporation,
BRIAN HUNGERFORD, an individual,
JANINE HUNGERFORD, an individual, and
LINDA HUNGERFORD, an individual,

    Defendants.

---

**CONSENT TO BECOME A PARTY PLAINTIFF**

---

Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201 *et seq.*

I hereby consent to be a party plaintiff seeking unpaid minimum wages and overtime against Rocky Mountain Inventory, Inc. and its related companies. For purposes of pursuing my unpaid wage claims against Rocky Mountain Inventory, Inc., I choose to be represented by Lewis Kuhn Swan PC and any other attorneys with whom they may associate.

DATED this 15 day of June, 2018.

                                                    /s/ Maria Fuentes

                                            Printed Name: Maria Fuentes

## CONSENT TO BECOME PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b) *et seq.*

    I hereby consent to be a party plaintiff seeking unpaid wages and overtime against Rocky Mountain Inventory, Inc. and its related companies. For purpose of pursuing my unpaid wage and overtime claims against Rocky Mountain Inventory, Inc., I choose to be represented by Lewis Kuhn Swan PC, and any other attorneys with whom they may associate.

Date: 6-6-18

Printed Name: Ricky L. Garcia

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01475-KMT

CARLOS INNISS, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

ROCKY MOUNTAIN INVENTORY, INC., a Colorado corporation,
BRIAN HUNGERFORD, an individual,
JANINE HUNGERFORD, an individual, and
LINDA HUNGERFORD, an individual,

    Defendants.

---

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201 *et seq.*

I hereby consent to be a party plaintiff seeking unpaid minimum wages and overtime against Rocky Mountain Inventory, Inc. and its related companies. For purposes of pursuing my unpaid wage claims against Rocky Mountain Inventory, Inc., I choose to be represented by Lewis Kuhn Swan PC and any other attorneys with whom they may associate.

DATED this 5 day of July, 2018.

Printed Name: **Jamieson Pace**