## CONSENT TO BECOME PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b) *et seq.*

I hereby consent to be a party plaintiff seeking unpaid wages and overtime against Rocky Mountain Inventory, Inc. and its related companies. For purpose of pursuing my unpaid wage and overtime claims against Rocky Mountain Inventory, Inc., I choose to be represented by Lewis Kuhn Swan PC, and any other attorneys with whom they may associate.

Date: 7/18/18

Printed Name: Carlos A. INNESS

**EXHIBIT 1**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-01475-KMT

CARLOS INNISS, on behalf of himself and all others similarly situated,

      Plaintiff,

v.

ROCKY MOUNTAIN INVENTORY, INC., a Colorado corporation,
BRIAN HUNGERFORD, an individual,
JANINE HUNGERFORD, an individual, and
LINDA HUNGERFORD, an individual,

      Defendants.

---

## CONSENT TO BECOME A PARTY PLAINTIFF

---

Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201 *et seq.*

I hereby consent to be a party plaintiff seeking unpaid minimum wages and overtime against Rocky Mountain Inventory, Inc. and its related companies. For purposes of pursuing my unpaid wage claims against Rocky Mountain Inventory, Inc., I choose to be represented by Lewis Kuhn Swan PC and any other attorneys with whom they may associate.

DATED this 15th day of _____July_____, 2018.

_Virginia Henley_

Printed Name:  Virginia Henley

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01475-KMT

CARLOS INNISS, on behalf of himself and all others similarly situated,

      Plaintiff,

v.

ROCKY MOUNTAIN INVENTORY, INC., a Colorado corporation,
BRIAN HUNGERFORD, an individual,
JANINE HUNGERFORD, an individual, and
LINDA HUNGERFORD, an individual,

      Defendants.

---

## CONSENT TO BECOME A PARTY PLAINTIFF

---

Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201 *et seq.*

I hereby consent to be a party plaintiff seeking unpaid minimum wages and overtime against Rocky Mountain Inventory, Inc. and its related companies. For purposes of pursuing my unpaid wage claims against Rocky Mountain Inventory, Inc., I choose to be represented by Lewis Kuhn Swan PC and any other attorneys with whom they may associate.

DATED this __19__ day of __July__, 2018.

*Cassandra Gatrost*
_____

Printed Name: __Cassandra Gatrost__