IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01475-KMT

CARLOS INNISS, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

ROCKY MOUNTAIN INVENTORY, INC., a Colorado corporation,
BRIAN HUNGERFORD, an individual,
JANINE HUNGERFORD, an individual, and
LINDA HUNGERFORD, an individual,

    Defendants.

---

## CONSENT TO BECOME A PARTY PLAINTIFF

---

Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201 *et seq.*

I hereby consent to be a party plaintiff seeking unpaid minimum wages and overtime against Rocky Mountain Inventory, Inc. and its related companies. For purposes of pursuing my unpaid wage claims against Rocky Mountain Inventory, Inc., I choose to be represented by Lewis Kuhn Swan PC and any other attorneys with whom they may associate.

DATED this __6__ day of __August__, 2018.

Printed Name: __Alan Ludi__

Phone: __970-581-0258__

Email: __alanludi92@gmail.com__