**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-01475-KMT

CARLOS INNISS, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

ROCKY MOUNTAIN INVENTORY, INC., a Colorado corporation,
BRIAN HUNGERFORD, an individual,
JANINE HUNGERFORD, an individual, and
LINDA HUNGERFORD, an individual,

    Defendants.

---

**NOTICE OF FILING OF CONSENT TO BECOME A PARTY PLAINTIFF**

---

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiff hereby files the attached Consent Form for the following individuals:

1. Glendon Williams

Respectfully submitted this 18th day of March, 2019.

                                                    */s/ Paul F. Lewis*
                                                    Paul F. Lewis
                                                    Michael D. Kuhn
                                                    Andrew E. Swan
                                                    LEWIS | KUHN | SWAN PC
                                                     620 North Tejon Street, Suite 101
                                                    Colorado Springs, CO 80903
                                                    Telephone: (719) 694-3000
                                                    Facsimile:  (866) 515-8628

plewis@lks.law
mkuhn@lks.law
aswan@lks.law

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of March, 2019, I filed the foregoing using the Court's e-filing system, which will send notification to all counsel of record.

*/s/ Anne S. Pearcy*
Anne S. Pearcy

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01475-KMT

CARLOS INNISS, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

ROCKY MOUNTAIN INVENTORY, INC., a Colorado corporation,
BRIAN HUNGERFORD, an individual,
JANINE HUNGERFORD, an individual, and
LINDA HUNGERFORD, an individual,

    Defendants.

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201 *et seq.*

I hereby consent to be a party plaintiff seeking unpaid minimum wages and overtime against Rocky Mountain Inventory, Inc. and its related companies. For purposes of pursuing my unpaid wage claims against Rocky Mountain Inventory, Inc., I choose to be represented by Lewis Kuhn Swan PC and any other attorneys with whom they may associate.

DATED this ____ day of _____ 3/16/2019, 2018.

Printed Name: Glendon Williams

Phone: 719-290-7643

Email: Gshanewilliams.71988@gmail.com