**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-01475-KMT

CARLOS INNISS, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

ROCKY MOUNTAIN INVENTORY, INC., a Colorado corporation,
BRIAN HUNGERFORD, an individual,
JANINE HUNGERFORD, an individual, and
LINDA HUNGERFORD, an individual,

    Defendants.

---

### NOTICE OF FILING OF CONSENTS TO BECOME PARTY PLAINTIFFS

---

PLEASE TAKE NOTICE that pursuant to 29 U.S.C. § 216, Plaintiff hereby files the attached Consent Forms for the following individuals:

1. Theta Jackson
2. Veronica Torres
3. Kelly Claus
4. Cameron Dreiling
5. Jeri Lee Lindsay

Respectfully submitted this 26th day of April , 2019.

/s/ *Paul F. Lewis*
Paul F. Lewis
Michael D. Kuhn
Andrew E. Swan
LEWIS | KUHN | SWAN PC
620 North Tejon Street, Suite 101
Colorado Springs, CO 80903
Telephone:  (719) 694-3000
Facsimile:   (866) 515-8628
plewis@lks.law
mkuhn@lks.law
aswan@lks.law

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April, 2019, I filed the foregoing using the Court's e-filing system which will send notification to all counsel of record.

/s/ *Anne S. Pearcy*
Anne S. Pearcy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01475-WJM-KMT

CARLOS INNISS, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

ROCKY MOUNTAIN INVENTORY, INC., a Colorado corporation,

    Defendant.

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201 *et seq.*

I, the undersigned, hereby consent to be a party plaintiff in this lawsuit (or, if due to unforeseen procedural matters, any subsequent related suit), which is an action to recover overtime compensation and/or minimum wages not paid pursuant to the requirements of the Fair Labor Standards Act. By my signature below, I designate the named Plaintiff and his attorneys as my representatives to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, and decisions regarding settlement, attorney's fees and costs and all other matters pertaining to this lawsuit. I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I choose to be represented by counsel from Lewis Kuhn Swan PC and other attorneys with whom they may associate.

DATED this 22 day of April, 2019.

Signature: _____
Printed Name: Theta Jackson
Phone: 775-430-7707
Email: liCWCBloC@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01475-WJM-KMT

CARLOS INNISS, on behalf of himself and all others similarly situated,

　　Plaintiff,

v.

ROCKY MOUNTAIN INVENTORY, INC., a Colorado corporation,

　　Defendant.

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201 *et seq.*

I, the undersigned, hereby consent to be a party plaintiff in this lawsuit (or, if due to unforeseen procedural matters, any subsequent related suit), which is an action to recover overtime compensation and/or minimum wages not paid pursuant to the requirements of the Fair Labor Standards Act. By my signature below, I designate the named Plaintiff and his attorneys as my representatives to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, and decisions regarding settlement, attorney's fees and costs and all other matters pertaining to this lawsuit. I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I choose to be represented by counsel from Lewis Kuhn Swan PC and other attorneys with whom they may associate.

DATED this 22 day of April, 2019.

Signature: *Veronica T* (handwritten)
Printed Name: Veronica Torres
Phone: 720 667 6466
Email: torresvp28@gmail.com
　　　 Junvervarres07@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01475-WJM-KMT

CARLOS INNISS, on behalf of himself and all others similarly situated,

   Plaintiff,

v.

ROCKY MOUNTAIN INVENTORY, INC., a Colorado corporation,

   Defendant.

---

**CONSENT TO BECOME A PARTY PLAINTIFF**

---

Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201 *et seq.*

I, the undersigned, hereby consent to be a party plaintiff in this lawsuit (or, if due to unforeseen procedural matters, any subsequent related suit), which is an action to recover overtime compensation and/or minimum wages not paid pursuant to the requirements of the Fair Labor Standards Act. By my signature below, I designate the named Plaintiff and his attorneys as my representatives to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, and decisions regarding settlement, attorney's fees and costs and all other matters pertaining to this lawsuit. I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I choose to be represented by counsel from Lewis Kuhn Swan PC and other attorneys with whom they may associate.

DATED this 20 day of April, 2019.

Signature: Kelly Claus
Printed Name: Kelly Claus
Phone: 775-815-4748
Email: Classaced@hotmail.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01475-WJM-KMT

CARLOS INNISS, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

ROCKY MOUNTAIN INVENTORY, INC., a Colorado corporation,

    Defendant.

---

## CONSENT TO BECOME A PARTY PLAINTIFF

---

Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201 *et seq.*

I, the undersigned, hereby consent to be a party plaintiff in this lawsuit (or, if due to unforeseen procedural matters, any subsequent related suit), which is an action to recover overtime compensation and/or minimum wages not paid pursuant to the requirements of the Fair Labor Standards Act. By my signature below, I designate the named Plaintiff and his attorneys as my representatives to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, and decisions regarding settlement, attorney's fees and costs and all other matters pertaining to this lawsuit. I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I choose to be represented by counsel from Lewis Kuhn Swan PC and other attorneys with whom they may associate.

DATED this ___ day of April, 2019.

Signature: _____

Printed Name: Cameron Dreiling

Phone: 719.766.1170

Email: dreiling10@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01475-WJM-KMT

CARLOS INNISS, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

ROCKY MOUNTAIN INVENTORY, INC., a Colorado corporation,

    Defendant.

**CONSENT TO BECOME A PARTY PLAINTIFF**

Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201 *et seq.*

I, the undersigned, hereby consent to be a party plaintiff in this lawsuit (or, if due to unforeseen procedural matters, any subsequent related suit), which is an action to recover overtime compensation and/or minimum wages not paid pursuant to the requirements of the Fair Labor Standards Act. By my signature below, I designate the named Plaintiff and his attorneys as my representatives to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, and decisions regarding settlement, attorney's fees and costs and all other matters pertaining to this lawsuit. I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I choose to be represented by counsel from Lewis Kuhn Swan PC and other attorneys with whom they may associate.

DATED this 22 day of April, 2019.

Signature: *Jeff Lee Lindsey*
Printed Name: Jeff Lee Lindsey
Phone: 360-681-3632
Email: 1977jlindsey@gmail.com