# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01475-KMT

CARLOS INNISS, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

ROCKY MOUNTAIN INVENTORY, INC., a Colorado corporation,
BRIAN HUNGERFORD, an individual,
JANINE HUNGERFORD, an individual, and
LINDA HUNGERFORD, an individual,

    Defendants.

---

## NOTICE OF FILING OF CONSENTS TO BECOME PARTY PLAINTIFFS

---

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiff hereby files the attached Consent Forms for the following individuals:

1. Kristian Frazier
2. Naoma Jones
3. Rebecca Laabs
4. Marina Dominguez

Respectfully submitted this 29th day of April, 2019.

                                        */s/ Paul F. Lewis*
                                        Paul F. Lewis
                                        Michael D. Kuhn
                                        Andrew E. Swan
                                        LEWIS | KUHN | SWAN PC
                                        620 North Tejon Street, Suite 101
                                        Colorado Springs, CO 80903
                                        Telephone: (719) 694-3000
                                        Facsimile:   (866) 515-8628
                                        plewis@lks.law
                                        mkuhn@lks.law
                                        aswan@lks.law

                                        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April, 2019, I filed the foregoing using the Court's e-filing system, which will send notification to all counsel of record.

*/s/ Anne S. Pearcy*
Anne S. Pearcy

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01475-WJM-KMT

CARLOS INNISS, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

ROCKY MOUNTAIN INVENTORY, INC., a Colorado corporation,

    Defendant.

---

## CONSENT TO BECOME A PARTY PLAINTIFF

---

Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201 *et seq.*

    I, the undersigned, hereby consent to be a party plaintiff in this lawsuit (or, if due to unforeseen procedural matters, any subsequent related suit), which is an action to recover overtime compensation and/or minimum wages not paid pursuant to the requirements of the Fair Labor Standards Act. By my signature below, I designate the named Plaintiff and his attorneys as my representatives to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, and decisions regarding settlement, attorney's fees and costs and all other matters pertaining to this lawsuit. I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I choose to be represented by counsel from Lewis Kuhn Swan PC and other attorneys with whom they may associate.

DATED this 23rd day of April, 2019.

Signature: *Kristian M. Frazier*
Printed Name: Kristian Frazier
Phone: [redacted]
Email: [redacted]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01475-WJM-KMT

CARLOS INNISS, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

ROCKY MOUNTAIN INVENTORY, INC., a Colorado corporation,

    Defendant.

---

**CONSENT TO BECOME A PARTY PLAINTIFF**

---

Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201 *et seq.*

    I, the undersigned, hereby consent to be a party plaintiff in this lawsuit (or, if due to unforeseen procedural matters, any subsequent related suit), which is an action to recover overtime compensation and/or minimum wages not paid pursuant to the requirements of the Fair Labor Standards Act. By my signature below, I designate the named Plaintiff and his attorneys as my representatives to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, and decisions regarding settlement, attorney's fees and costs and all other matters pertaining to this lawsuit. I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I choose to be represented by counsel from Lewis Kuhn Swan PC and other attorneys with whom they may associate.

    DATED this 25 day of APRIL, 2019.

Signature: *Naoma Jones*
Printed Name: Naoma Jones
Phone: [redacted]
Email: [redacted]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01475-WJM-KMT

CARLOS INNISS, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

ROCKY MOUNTAIN INVENTORY, INC., a Colorado corporation,

    Defendant.

---

**CONSENT TO BECOME A PARTY PLAINTIFF**

---

Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201 *et seq.*

    I, the undersigned, hereby consent to be a party plaintiff in this lawsuit (or, if due to unforeseen procedural matters, any subsequent related suit), which is an action to recover overtime compensation and/or minimum wages not paid pursuant to the requirements of the Fair Labor Standards Act. By my signature below, I designate the named Plaintiff and his attorneys as my representatives to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, and decisions regarding settlement, attorney's fees and costs and all other matters pertaining to this lawsuit. I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I choose to be represented by counsel from Lewis Kuhn Swan PC and other attorneys with whom they may associate.

    DATED this 24 day of April, 2019.

Signature: _/s/ Rebecca Laabs_

Printed Name: Rebecca Laabs

Phone: [redacted]

Email: [redacted]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01475-WJM-KMT

CARLOS INNISS, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

ROCKY MOUNTAIN INVENTORY, INC., a Colorado corporation,

    Defendant.

---

**CONSENT TO BECOME A PARTY PLAINTIFF**

---

Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201 *et seq.*

I, the undersigned, hereby consent to be a party plaintiff in this lawsuit (or, if due to unforeseen procedural matters, any subsequent related suit), which is an action to recover overtime compensation and/or minimum wages not paid pursuant to the requirements of the Fair Labor Standards Act. By my signature below, I designate the named Plaintiff and his attorneys as my representatives to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, and decisions regarding settlement, attorney's fees and costs and all other matters pertaining to this lawsuit. I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I choose to be represented by counsel from Lewis Kuhn Swan PC and other attorneys with whom they may associate.

DATED this 25 day of April, 2019.

Signature: *Marina Dominguez*
Printed Name: Marina Dominguez
Phone: [redacted]
Email: [redacted]