**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-01475-KMT

CARLOS INNISS, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

ROCKY MOUNTAIN INVENTORY, INC., a Colorado corporation,
BRIAN HUNGERFORD, an individual,
JANINE HUNGERFORD, an individual, and
LINDA HUNGERFORD, an individual,

    Defendants.

---

**NOTICE OF FILING OF CONSENTS TO BECOME PARTY PLAINTIFFS**

---

    PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiff hereby files the attached Consent Forms for the following individuals:

1.     Alexandria Reeves-Defesa
2.     Ricky L. Garcia

    Respectfully submitted this 6th day of May, 2019.

                                                  */s/ Paul F. Lewis*
                                                  Paul F. Lewis
                                                  Michael D. Kuhn
                                                  Andrew E. Swan
                                                  LEWIS | KUHN | SWAN PC
                                                  620 North Tejon Street, Suite 101
                                                  Colorado Springs, CO 80903
                                                  Telephone: (719) 694-3000
                                                  Facsimile:   (866) 515-8628
                                                  plewis@lks.law
                                                  mkuhn@lks.law
                                                  aswan@lks.law

                                                  *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of May, 2019, I filed the foregoing **Notice of Filing of Consents to Become Party Plaintiffs** using the Court's e-filing system, which will send notification to all counsel of record.

/s/ Anne S. Pearcy
Anne S. Pearcy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01475-WJM-KMT

CARLOS INNISS, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

ROCKY MOUNTAIN INVENTORY, INC., a Colorado corporation,

    Defendant.

---

## CONSENT TO BECOME A PARTY PLAINTIFF

---

Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201 *et seq.*

    I, the undersigned, hereby consent to be a party plaintiff in this lawsuit (or, if due to unforeseen procedural matters, any subsequent related suit), which is an action to recover overtime compensation and/or minimum wages not paid pursuant to the requirements of the Fair Labor Standards Act. By my signature below, I designate the named Plaintiff and his attorneys as my representatives to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, and decisions regarding settlement, attorney's fees and costs and all other matters pertaining to this lawsuit. I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I choose to be represented by counsel from Lewis Kuhn Swan PC and other attorneys with whom they may associate.

DATED this 26 day of April, 2019.

Signature: _____

Printed Name: Alexandria Reeves-Defesa

Phone: [redacted]

Email: [redacted]

Blank Opt-In Form.pdf          Open with Google Docs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01475-WJM-KMT

CARLOS INNISS, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

ROCKY MOUNTAIN INVENTORY, INC., a Colorado corporation,

    Defendant.

**CONSENT TO BECOME A PARTY PLAINTIF**

Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201 *et*

I, the undersigned, hereby consent to be a party plaintiff in this unforeseen procedural matters, any subsequent related suit), which is overtime compensation and/or minimum wages not paid pursuant to the r Labor Standards Act. By my signature below, I designate the named Plain my representatives to make decisions on my behalf concerning the litig method of conducting this litigation, and decisions regarding settlement, a and all other matters pertaining to this lawsuit. I understand that while I h other counsel and to pursue my claims on my own behalf, I choose to be from Lewis Kuhn Swan PC and other attorneys with whom they may asso

DATED this __2__ day of __May__, 2019.

Signature: _[signed]_
Printed Name: Ricky L Garcia
Phone: [redacted]
Email: [redacted]

Page 1 / 1