**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-01475-WJM-KMT

CARLOS INNISS, on behalf of himself and all others similarly situated,

Plaintiff,

v.

ROCKY MOUNTAIN INVENTORY, INC., a Colorado corporation,
BRIAN HUNGERFORD, an individual,
JANINE HUNGERFORD, an individual, and
LINDA HUNGERFORD, an individual,

Defendants.

---

**DECLARATION OF KATE W. BECKMAN IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT AGREEMENT AND DISMISS COMPLAINT WITH PREJUDICE**
**(WITH EXHIBITS 1-10)**

---

1. My name is Kate W. Beckman. I am a partner at Beckman Law Firm, LLC. I represent Defendants in the above-captioned action.

2. I am licensed in good standing in Colorado, the U.S. District Courts in Colorado, and the U.S. Court of Appeals for the Tenth Circuit.

3. I am over the age of eighteen and have personal knowledge of the statements made in this Declaration.

4. On February 25, 2020, the Parties executed a document entitled "Material Terms of Settlement Agreement," ("Agreement") which contained clearly defined terms, including that it was "binding and enforceable." A true and correct copy of the Agreement is attached hereto as Exhibit No. 1.

5. I provided Plaintiffs' counsel with a draft of the final form settlement and release agreement ("Draft Release") via email on August 24, 2020. A true and correct copy of the email is attached hereto as Exhibit No. 2.

6. I emailed Plaintiffs' counsel requesting an update on proposed changes to the Draft Release on September 4, 2020. A true and correct copy of the email is attached hereto as Exhibit No. 3.

7. On September 10, 2020, Plaintiffs' counsel provided me with a breakdown of proposed payment terms for the settlement payment. A true and correct copy of the email is attached hereto as Exhibit No. 4.

8. I revised the Draft Release based on the updated information and sent Plaintiffs' counsel a revised draft on September 13, 2020. A true and correct copy of the email is attached hereto as Exhibit No. 5.

9. On September 14, 2020, Plaintiffs' counsel emailed proposed changes to the Draft Release. A true and correct copy of the email is attached hereto as Exhibit No. 6.

10. I responded to Plaintiffs' counsel that afternoon stating that the proposed changes were fine, and the document was ready for signature. I asked Plaintiffs' counsel if they anticipated Mr. Inniss would be able to sign before the September 25, 2020 agreed-upon payment date. A true and correct copy of the email is attached hereto as Exhibit No. 7.

11. On September 15, 2020, at 6:43 a.m., Plaintiffs' counsel responded that he thought Mr. Inniss would be able to sign with sufficient time for Defendants to mail the check(s) or, in the alternative, Plaintiffs' counsel would keep the checks until signature(s) were completed. A true and correct copy of the email is attached hereto as Exhibit No. 8.

12. Defendants' delivered the checks to Plaintiffs' counsel's office and signed the final form agreement on September 25, 2020. Plaintiffs' counsel confirmed receipt via email on September 25, 2020. A true and correct copy of the email is attached hereto as Exhibit No. 9.

13. I emailed the partially executed final form agreement to Plaintiffs' counsel on September 28, 2020. A true and correct copy of the email is attached hereto as Exhibit No. 10.

14. On October 1, 2020, Plaintiffs' counsel informed me in a phone call that Plaintiff Carlos Inniss refused to sign the final form of the settlement agreement.

15. Plaintiffs' counsel filed a motion to withdraw on October 1, 2020.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Respectfully submitted this 4th day of October 2020.

BECKMAN LAW FIRM, LLC.

s/ *Kate W. Beckman*____________________
Kate W. Beckman, Esq. #42416
26 W. Dry Creek Circle, Ste. 420
Littleton, Colorado 80120
(p) 303-946-0932 (f) (303) 747-3665
kate@beckmanlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October 2020, the foregoing **DECLARATION OF KATE W. BECKMAN IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT AGREEMENT AND DISMISS COMPLAINT WITH PREJUDICE (WITH EXHIBITS 1-10)** was filed via CM/ECF Filer, with notice upon counsel for Plaintiffs, as follows:

Paul F. Lewis, Esq.
Michael D. Kuhn, Esq.
Andrew E. Swan, Esq.
LEWIS | KUHN | SWAN PC
620 North Tejon Street, Ste. 101
Colorado Springs, CO 80903
(p) (719)694-3000
(f) (866) 515-8628
plewis@lks.law
mkuhn@lks.law
asawn@lks.law
ATTORNEYS FOR PLAINTIFFS

BECKMAN LAW FIRM, LLC.

s/ *Kate W. Beckman*
Kate W. Beckman, Esq. #42416
26 W. Dry Creek Circle, Ste. 420
Littleton, Colorado 80120
(p) 303-946-0932 (f) (303) 747-3665
kate@beckmanlegal.com
ATTORNEYS FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 18–cv–01475–WJM–KMT

CARLOS INNISS, on behalf of himself and all others similarly situated,

Plaintiff,

v.

ROCKY MOUNTAIN INVENTORY, INC., a Colorado corporation,
BRIAN HUNGERFORD, an individual,
JANINE HUNGERFORD, an individual, and
LINDA HUNGERFORD, an individual,

Defendants.

---

**MATERIAL TERMS OF SETTLEMENT AGREEMENT**

---

1. Plaintiff agrees to release all claims that were or could have been brought, whether known or unknown, against all Defendants in this lawsuit. This settlement includes class allegations, collective allegations and Mr. Inniss's claim for retaliatory discharge.

2. This settlement is a compromise of disputed claims. No party admits any liability to the other party.

3. Defendants shall pay the total sum of forty-five thousand dollars ($45,000) to the named Plaintiff in settlement of his individual claims and as class representative, and members of the collective class, including Mr. Inniss, within ninety days of today and under a Plan to be set forth in more detail in final paperwork. Each member of the collective shall be allowed to accept or reject that member's pro rata share of the settlement and, if rejected, the FLSA claims will be tolled as to that member for 90 days after receipt of that member's settlement check.

4. This settlement is being funded by a loan to be secured by Defendants. This settlement is specifically contingent on the Defendants' ability to secure the loan about which they have already inquired. The parties agree that the Defendants shall be given a period of thirty days (30) to provide evidence that the loan has been approved. The Magistrate Judge has been asked and has agreed to extend the existing deadlines otherwise applicable to the case for a period of thirty (30) days to be certain the settlement can be funded before other conditions as set forth in the Plan are met.

5. The parties agree that this Material Terms of Settlement Agreement is binding and enforceable. Defendant's counsel will take the lead in drafting a formal final settlement agreement encompassing the material terms set forth herein, and counsel for Plaintiff will cooperate, and will assist in preparing a Stipulation of Dismissal and other Plan documents.

APPROVED:

2/25/20

Plaintiff..............................Date

2/25/2020

Representative of Defendant Rocky Mountain Inventory Inc. Date

Representative of Brian Hungerford, Janine Hungerford and Linda Hungerford

Counsel for Plaintiff

Counsel for Defendants

Exhibit No. 2

**katewbeckman@gmail.com**

| | |
|---|---|
| **From:** | Kate Beckman <kate@beckmanlegal.com> |
| **Sent:** | Monday, August 24, 2020 1:38 PM |
| **To:** | Paul F. Lewis; Esq. |
| **Subject:** | Inniss, et al v. RMI, et al - Draft Settlement and Release Agreement |
| **Attachments:** | 2020.08.24 Status Report and Motion for Extension.docx; Proposed Order on Status Report and Motion for Extension.docx; Settlement and Release Agreement.docx |

Hello Mr. Lewis,

Mr. Hungerford stated that it is looking good for financing. I do not think he can pay today; however, I anticipate payment would be completed by September 25, 2020, at the latest.

In the interim, I wanted to get clarification from you on how the $45k should be transmitted. I have also provided a draft settlement and release agreement for your review and comment. Specifically, I wanted to know where to transmit the payment(s) and how to allocate the funds (50% wages and 50% liquidated damages?)

Similarly, did you receive my email from Saturday? I would like to get the status report on file today. I attached another draft hereto.

If you would like to discuss any of the above, please let me know.

Sincerely, Kate

Kate W. Beckman, Esq.
Beckman Law Firm, LLC
26 West Dry Creek Circle, Ste. 420
Littleton, CO 80120
beckmanlegal.com
Phone: (303) 946-0932
Fax: (303) 747-3665
kate@beckmanlegal.com

**This electronic transmission contains information from the Beckman Law Firm, LLC which is intended for the use of the individual to whom it is addressed, and which may contain information that is privileged, confidential and/or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, any disclosure, dissemination, distribution, copying or other use of this communication or its substance is prohibited. If you have received this communication in error, please notify us via email or by phone at 303.946.0932 and destroy the original transmission. Thank you.**

## katewbeckman@gmail.com

**From:** Kate Beckman <kate@beckmanlegal.com>
**Sent:** Friday, September 4, 2020 4:33 PM
**To:** Paul F. Lewis
**Subject:** Inniss, et al v. RMI, et al - Draft Settlement and Release Agreement/Payment Structure
**Attachments:** Settlement and Release Agreement.docx

Hello Paul,

I am writing to follow up on the draft Settlement and Release Agreement, as well as clarification on how the payment should be transmitted.

If you would like to discuss, please do not hesitate to contact me.

Sincerely, Kate

Kate W. Beckman, Esq.
Beckman Law Firm, LLC
26 West Dry Creek Circle, Ste. 420
Littleton, CO 80120
beckmanlegal.com
Phone: (303) 946-0932
Fax: (303) 747-3665
kate@beckmanlegal.com

**This electronic transmission contains information from the Beckman Law Firm, LLC which is intended for the use of the individual to whom it is addressed, and which may contain information that is privileged, confidential and/or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, any disclosure, dissemination, distribution, copying or other use of this communication or its substance is prohibited. If you have received this communication in error, please notify us via email or by phone at 303.946.0932 and destroy the original transmission. Thank you.**

Exhibit No. 4

**katewbeckman@gmail.com**

| | |
|---|---|
| **From:** | Paul F. Lewis <plewis@lks.law> |
| **Sent:** | Thursday, September 10, 2020 12:15 PM |
| **To:** | Kate W. Beckman Esq. |
| **Cc:** | Michael D. Kuhn, Esq. |
| **Subject:** | Payments under the settlement agreement |
| **Attachments:** | Workweeks-FINALv.2.xlsx |

Hi Kate-

Attached is a breakdown of payees for the Inniss/RMI settlement.

We'd appreciate if your client could write two checks to our firm – one for the fee component and one for the costs component so we have a clear trail. There would also be two checks to Carlos, one for his service fee/retaliation claim payment ($10k) and one for his proportionate share of the collective. The remaining payees would only receive a single check, subject to their release of claims.

Please let us know of any questions.

-Paul

**Paul F. Lewis**

**Colorado Springs**
**P:** (719) 694-3000
**D:** (719) 639-2011
**F:** (866) 515-8628

620 North Tejon Street, Suite 101
Colorado Springs, CO 80903

**Denver**
**P:** (720) 667-3040
**F:** (866) 515-8628

3200 Cherry Creek South Drive, Suite 520
Denver, CO 80209

CONFIDENTIALITY NOTICE This electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.

Exhibit No. 5

**katewbeckman@gmail.com**

**From:** Kate Beckman <kate@beckmanlegal.com>
**Sent:** Sunday, September 13, 2020 3:21 PM
**To:** Paul F. Lewis; Esq.
**Subject:** Inniss, et al v. RMI, et al - Revised Draft Settlement and Release Agreement
**Attachments:** Settlement and Release Agreement.docx

Hello Paul,

Thank you for the proposed payment amounts.

Please see attached for a revised Settlement and Release Agreement for Mr. Inniss' claims. Let me know if you have any changes or if we can move forward with signature(s).

As I understand, we will prepare and mail the check(s) to your attention for mailing to the opt-in Plaintiffs.

Similarly, please see below for our proposed language for the back of the check(s):

"Endorsement of this check acknowledges release and satisfaction of any and all claims arising out of the civil action entitled *Inniss v. Rocky Mountain Inventory, Inc., et al.,* Case No.:18-cv-01475-WJM-KMT, and payment in full for all claims, obligations, demand, actions, causes of action and liabilities, whether known or unknown, against Payor or any Defendant in the named action. Payee receives and collects under this instrument under the condition that THERE IS NO RESERVATION OF RIGHTS of any nature on the part of Payee."

Once the check(s) to Inniss clear, or after 90 days, whichever is sooner, we would file a stipulation dismiss Inniss' claims with prejudice and the remaining claims without prejudice.

If you would like to discuss, please do not hesitate to contact me.

Sincerely, Kate

Kate W. Beckman, Esq.
Beckman Law Firm, LLC
26 West Dry Creek Circle, Ste. 420
Littleton, CO 80120
beckmanlegal.com
Phone: (303) 946-0932
Fax: (303) 747-3665
kate@beckmanlegal.com

**This electronic transmission contains information from the Beckman Law Firm, LLC which is intended for the use of the individual to whom it is addressed, and which may contain information that is privileged, confidential and/or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, any disclosure, dissemination, distribution, copying or other use of this communication or its substance is prohibited. If you have received this communication in error, please notify us via email or by phone at 303.946.0932 and destroy the original transmission. Thank you.**

**katewbeckman@gmail.com**

**From:** Paul F. Lewis <plewis@lks.law>
**Sent:** Monday, September 14, 2020 11:49 AM
**To:** Kate Beckman
**Cc:** Michael D. Kuhn, Esq.
**Subject:** RE: Inniss, et al v. RMI, et al - Revised Draft Settlement and Release Agreement
**Attachments:** 200914 Settlement and Release Agreement (PFL).docx

Hi Kate-

The endorsement language looks fine. I made a few small changes to the settlement agreement, attached. I believe the changes are self-explanatory, but feel free to call or email Mike or me if not.

-Paul

---

**From:** Kate Beckman <kate@beckmanlegal.com>
**Sent:** Sunday, September 13, 2020 3:21 PM
**To:** Paul F. Lewis <plewis@lks.law>; Esq. <mkuhn@lks.law>
**Subject:** Inniss, et al v. RMI, et al - Revised Draft Settlement and Release Agreement

Hello Paul,

Thank you for the proposed payment amounts.

Please see attached for a revised Settlement and Release Agreement for Mr. Inniss' claims. Let me know if you have any changes or if we can move forward with signature(s).

As I understand, we will prepare and mail the check(s) to your attention for mailing to the opt-in Plaintiffs.

Similarly, please see below for our proposed language for the back of the check(s):

"Endorsement of this check acknowledges release and satisfaction of any and all claims arising out of the civil action entitled *Inniss v. Rocky Mountain Inventory, Inc., et al.,* Case No.:18-cv-01475-WJM-KMT, and payment in full for all claims, obligations, demand, actions, causes of action and liabilities, whether known or unknown, against Payor or any Defendant in the named action. Payee receives and collects under this instrument under the condition that THERE IS NO RESERVATION OF RIGHTS of any nature on the part of Payee."

Once the check(s) to Inniss clear, or after 90 days, whichever is sooner, we would file a stipulation dismiss Inniss' claims with prejudice and the remaining claims without prejudice.

If you would like to discuss, please do not hesitate to contact me.

Sincerely, Kate

Kate W. Beckman, Esq.
Beckman Law Firm, LLC
26 West Dry Creek Circle, Ste. 420
Littleton, CO 80120
beckmanlegal.com
Phone: (303) 946-0932

Fax: (303) 747-3665
kate@beckmanlegal.com

**This electronic transmission contains information from the Beckman Law Firm, LLC which is intended for the use of the individual to whom it is addressed, and which may contain information that is privileged, confidential and/or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, any disclosure, dissemination, distribution, copying or other use of this communication or its substance is prohibited. If you have received this communication in error, please notify us via email or by phone at 303.946.0932 and destroy the original transmission. Thank you.**

Exhibit No. 7

**katewbeckman@gmail.com**

**From:** Kate Beckman <kate@beckmanlegal.com>
**Sent:** Monday, September 14, 2020 11:31 PM
**To:** Paul F. Lewis; Esq.
**Subject:** Inniss, et al v. RMI, et al - Settlement and Release Agreement
**Attachments:** Settlement and Release Agreement - Final.pdf

Hello Mr. Lewis,

I think the proposed changes to the Agreement are fine and we are good for signature. Do you anticipate any difficulty in having Mr. Inniss sign the same with sufficient time for my client to mail the checks to your office before the 9/25/20 payment date (I would assume 3 days max for mailing time)?

Sincerely, Kate

Kate W. Beckman, Esq.
Beckman Law Firm, LLC
26 West Dry Creek Circle, Ste. 420
Littleton, CO 80120
beckmanlegal.com
Phone: (303) 946-0932
Fax: (303) 747-3665
kate@beckmanlegal.com

**This electronic transmission contains information from the Beckman Law Firm, LLC which is intended for the use of the individual to whom it is addressed, and which may contain information that is privileged, confidential and/or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, any disclosure, dissemination, distribution, copying or other use of this communication or its substance is prohibited. If you have received this communication in error, please notify us via email or by phone at 303.946.0932 and destroy the original transmission. Thank you.**

Exhibit No. 8

**katewbeckman@gmail.com**

**From:** Michael D. Kuhn <mkuhn@lewiskuhnswan.com>
**Sent:** Tuesday, September 15, 2020 6:43 AM
**To:** Kate Beckman
**Cc:** Paul F. Lewis; Esq.
**Subject:** Re: Inniss, et al v. RMI, et al - Settlement and Release Agreement

I don't believe so, Kate. But if so, we will hold onto the checks until we receive all signatures.

Sent from my iPhone

On Sep 14, 2020, at 11:30 PM, Kate Beckman <kate@beckmanlegal.com> wrote:

Hello Mr. Lewis,

I think the proposed changes to the Agreement are fine and we are good for signature. Do you anticipate any difficulty in having Mr. Inniss sign the same with sufficient time for my client to mail the checks to your office before the 9/25/20 payment date (I would assume 3 days max for mailing time)?

Sincerely, Kate

Kate W. Beckman, Esq.
Beckman Law Firm, LLC
26 West Dry Creek Circle, Ste. 420
Littleton, CO 80120
beckmanlegal.com
Phone: (303) 946-0932
Fax: (303) 747-3665
kate@beckmanlegal.com

**This electronic transmission contains information from the Beckman Law Firm, LLC which is intended for the use of the individual to whom it is addressed, and which may contain information that is privileged, confidential and/or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, any disclosure, dissemination, distribution, copying or other use of this communication or its substance is prohibited. If you have received this communication in error, please notify us via email or by phone at 303.946.0932 and destroy the original transmission. Thank you.**

<Settlement and Release Agreement - Final.pdf>

Exhibit No. 9

**katewbeckman@gmail.com**

**From:** Paul F. Lewis <plewis@lks.law>
**Sent:** Friday, September 25, 2020 2:03 PM
**To:** Kate W. Beckman Esq.
**Subject:** Joint Status Report
**Attachments:** 200925 Joint Status Report.docx

Hi Kate-

Carlos still hasn't signed the settlement agreement and is on the road currently. Brian dropped off the checks, however.

Here's a draft Joint Status Report. If it looks okay, could you please file from your end? I'm heading out the door in a few minutes. Else feel free to call my cell, 720-323-1765.

Thanks!

-Paul

**Paul F. Lewis**

LEWIS | KUHN | SWAN PC

**Colorado Springs**
**P:** (719) 694-3000
**D:** (719) 639-2011
**F:** (866) 515-8628

620 North Tejon Street, Suite 101
Colorado Springs, CO 80903

**Denver**
**P:** (720) 667-3040
**F:** (866) 515-8628

3200 Cherry Creek South Drive, Suite 520
Denver, CO 80209

CONFIDENTIALITY NOTICE This electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.

Exhibit No. 10

**katewbeckman@gmail.com**

**From:** Kate Beckman <kate@beckmanlegal.com>
**Sent:** Monday, September 28, 2020 10:20 PM
**To:** Paul F. Lewis
**Subject:** Re: Joint Status Report
**Attachments:** Settlement and Release Agreement - Partially Executed.pdf

Hello Mr. Lewis,

Please see attached for the partially executed Settlement and Release Agreement in this matter.

Sincerely, Kate

Kate W. Beckman, Esq.
Beckman Law Firm, LLC
26 West Dry Creek Circle, Ste. 420
Littleton, CO 80120
beckmanlegal.com
Phone: (303) 946-0932
Fax: (303) 747-3665
kate@beckmanlegal.com

**This electronic transmission contains information from the Beckman Law Firm, LLC which is intended for the use of the individual to whom it is addressed, and which may contain information that is privileged, confidential and/or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, any disclosure, dissemination, distribution, copying or other use of this communication or its substance is prohibited. If you have received this communication in error, please notify us via email or by phone at 303.946.0932 and destroy the original transmission. Thank you.**

On Fri, Sep 25, 2020 at 2:03 PM Paul F. Lewis <plewis@lks.law> wrote:

> Hi Kate-
>
> Carlos still hasn't signed the settlement agreement and is on the road currently. Brian dropped off the checks, however.
>
> Here's a draft Joint Status Report. If it looks okay, could you please file from your end? I'm heading out the door in a few minutes. Else feel free to call my cell, 720-323-1765.
>
> Thanks!

-Paul

**Paul F. Lewis**

LEWIS | KUHN | SWAN PC

**Colorado Springs**
**P:** (719) 694-3000
**D:** (719) 639-2011

**F:** (866) 515-8628

620 North Tejon Street, Suite 101
Colorado Springs, CO 80903

**Denver**
**P:** (720) 667-3040
**F:** (866) 515-8628

3200 Cherry Creek South Drive, Suite 520
Denver, CO 80209

---

CONFIDENTIALITY NOTICE This electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.